**Mark HENDERSON, Appellant,**

**v.**

**Ray HOBBS, Director, Arkansas Department of Correction; Larry May, Deputy Assistant Director, Arkansas Department of Correction; William Straughn, Warden, Maximum Security Unit, ADC; Steve Outlaw, Assistant Warden, Maximum Security Unit, ADC; Terry Murphy, Maintenance Supervisor, Maximum Security Unit, ADC; David White, Former Warden, Maximum Security Unit, ADC, Appellees.**

of Arkansas.

No. 11–3310.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 22, 2012.

Filed: March 23, 2012.

Mark Henderson, Tucker, AR, pro se.

Shawn J. Johnson, Assistant Attorney General, Attorney General's Office, Little Rock, AR, for Appellees.

Before MURPHY, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Mark Henderson appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon careful de novo review, *see Mason v. Corr. Med. Servs., Inc.*, 559 F.3d 880, 884–85 (8th Cir.2009), we conclude that summary judgment was properly granted by the district court.

Accordingly,· we affirm the judgment. *See* 8th Cir. R. 47B.

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas.